UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-22963-CIV-O'SULLIVAN
[CONSENT]

MKT REPS S.A. DE C.V.,

    Plaintiff,

v.

STANDARD CHARTERED BANK
INTERNATIONAL (AMERICAS)
LIMITED,

    Defendant.
_____/

## FINAL JUDGMENT

THIS COURT, having ruled in favor of the defendant, STANDARD CHARTERED BANK INTERNATIONAL (AMERICAS) LIMITED, in the above-referenced matter [DE# 135, 7/20/12], it is hereby

**ORDERED AND ADJUDGED** as follows:

1. For the reasons expressed in this Court's separate order [DE# 135, 7/20/12], judgment is hereby entered in favor of the defendant, STANDARD CHARTERED BANK INTERNATIONAL (AMERICAS) LIMITED, and against the plaintiff, MKT REPS S.A. DE C.V.

2. The Clerk of the Court is directed to deny all pending motions as moot;

3. The Clerk of the Court shall close this case.

DONE AND ORDERED in Chambers, in Miami, Florida, this 20th of July, 2012.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All Counsel of Record